**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| AAA INTERNET PUBLISHING INC., D/B/A WTFAST<br><br>Plaintiff,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.<br><br>Defendant. | Case No. 2:26-cv-00795<br><br>JURY TRIAL DEMANDED |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff AAA Internet Publishing Inc., d/b/a WTFast ("WTFast" or "Plaintiff") files this Complaint against Palo Alto Networks, Inc. ("PAN" or "Defendant") and alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq*.

**THE PARTIES**

2. WTFast is a corporation registered and headquartered in Kelowna, British Columbia, Canada, with its principal place of business at 22-2475 Dobbin Road, Kelowna, British Columbia, Canada V4T 2E9.

3. Upon information and belief, PAN is a corporation organized under the laws of the State of Delaware, with its principal place of business at 3000 Tannery Way, Santa Clara, CA 95054. PAN does business throughout the United States, including in this District.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, et seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. PAN is subject to this Court's specific and general personal jurisdiction due to its substantial business in this forum. For example, PAN is subject to the specific personal jurisdiction of this Court because WTFast's claims for patent infringement arise from PAN's acts of infringement in the State of Texas. These acts of infringement include selling and offering to sell infringing products in the State of Texas, testing, demonstrating and using the infringing products to perform claimed methods, and placing infringing products into the stream of commerce through an established distribution channel with full awareness that substantial quantities of the products have been shipped into the State of Texas. Therefore, this Court has personal jurisdiction over PAN under the Texas long-arm statute, Tex. Civ. Prac. & Rem. Code § 17.042.

7. Venue is proper in this judicial district under 28 U.S.C. § 1400(b). PAN offers products and services, conducts business, and has physical business locations in the Eastern District of Texas.

8. PAN has a regular and established place of business in this District at 3901 Dallas Parkway, Plano, Texas 75093. Defendant's Registered Agent for service of process in Texas is Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

9. PAN advertises its Plano office on its website as shown below:

## United States

**California**
3000 Tannery Way
Santa Clara, CA 95054

**US Sales:**
1.888.704.5196

Main: (408) 753-4000
Sales: (888) 704-5196
Fax: (408) 753-4001

General Inquiries:
info@paloaltonetworks.com

Web Feedback:
webmaster@paloaltonetworks.com

**New York, NY**
One Madison Ave,
26th Floor,
New York, NY 10010

**Seattle**
1201 2nd Avenue, Suite 2500
Seattle, WA 98101

**Texas**
3901 North Dallas Parkway,
Plano, TX 75093

**Virginia**
Palo Alto Networks Public Sector, LLC
1950 Opportunity Way
Suite 1000
Reston, VA 20190

https://www.paloaltonetworks.com/about-us/locations (last accessed August 11, 2026).

10. To conduct this business, PAN employs a number of individuals within this District. For example, the City of Plano included PAN as one of its top 25 "Leading Employers" in Plano, employing over 800 people at that location.

**Leading Employers – Plano, TX**

Plano Economic Development

| Company | Industry | Description | Employment |
|---|---|---|---|
| **AT&T Plano Campus (Training Division)** | Back Office/Call Center/Support | Wireless communications service provider call center | 1500 |
| **FedEx Office** | Professional/Business Services | Document solutions and business services divisional headquarters | 1407 |
| **TATA Consultancy Services (TCS)** | Software/IT | IT Services, digital and business solutions | 1160 |
| **Abbott** | Health/Medical/Bio Science | Design, developmt,manufacture & mktg of implantable neuromodulator center | 1001 |
| **Tyler Technologies, Inc.** | Software/IT | Software and IT services corporate and divisional headquarters | 850 |
| **Palo Alto Networks** | Software/IT | Network security corporation and customer support and sales branch office | 804 |

*See e.g.*, https://content.civicplus.com/api/assets/58356543-0b06-4005-b7b4-464e6e000d80 at 2 (last accessed August 11, 2026).

11. On information and belief, these employees have direct personal knowledge about the accused products and PAN's infringing activities. PAN currently lists 20 open positions in Plano, Texas, including engineering positions related to the Accused Products such as its Secure Access Service Edge ("SASE") including Prisma SD-Wan. For example, engineers with direct knowledge of the SASE system, its performance, and use are employed in Plano.




*See* https://jobs.paloaltonetworks.com/en/search-jobs/Plano%2C%20TX/47263/4/6252001-4736286-4682500-4719457/33x01984/-96x69889/50/2 (last accessed August 11, 2026).

12. Upon information and belief, PAN's business specifically depends on employees being physically present at places in this District, and PAN has affirmatively acted to make permanent operations within this District.

## FACTUAL ALLEGATIONS

### The Asserted Patents

13. WTFast is the owner of U.S. Patent No. RE49,392 (the "'392 Patent"), titled "System and Method for Monitoring Network Connection Quality By Instructions Stored on a Non-Transitory Computer-Readable Medium." The application for the '392 Patent was filed on November 29, 2017. The '392 Patent, which issued on January 24, 2023, is a reissue of U.S. Patent No. 9,742,646, which issued on August 22, 2017. The '392 Patent was assigned to WTFast who has full ownership of all rights in the '392 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement. A true and correct copy of the '392 Patent is attached as Exhibit A.

14. The '392 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

15. WTFast is the owner of U.S. Patent No. 9,571,359 (the "'359 Patent"), titled "System and Method for Monitoring Network Connection Quality By Executing Computer-Executable Instructions Stored on a Non-Transitory Computer-Readable Medium." The application for the '359 Patent was filed on October 29, 2013. The '359 Patent issued on February 14, 2017. The '359 Patent was assigned to WTFast who has full ownership of all rights in the '359 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement. A true and correct copy of the '359 Patent is attached as Exhibit B.

16. The ’359 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

17. WTFast is the owner of U.S. Patent No. 11,050,669 (the “’669 Patent”), titled “Method and System for Managing, Optimizing, and Routing Internet Traffic from a Local Area Network (LAN) to Internet Based Servers.” The application for the ’669 Patent was filed on October 7, 2013. The ’669 Patent issued on June 29, 2021. The ’669 Patent was assigned to WTFast who has full ownership of all rights in the ’669 Patent, including the right to exclude others and to enforce, sue and recover damages for past and future infringement. A true and correct copy of the ’669 Patent is attached as Exhibit C.

18. The ’669 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

19. Collectively, the ’392 Patent, ’359 Patent, and the ’669 Patent are referred to as the “Asserted Patents.”

20. The claimed inventions of the Asserted Patents are marked improvements to existing network monitoring and internet traffic optimization and routing technology. For example, the claims of the ’392 Patent and the ’359 Patent recite a specific solution for simultaneously monitoring, storing, retrieving, displaying, and comparing network quality metrics across multiple distinct network paths—including a direct internet connection and a connection through a private server system—to the same target server. *See e.g.*, ’392 Patent, Claim 10; ’359 Patent, Claim 1. Among other things, the simultaneous monitoring of the two networks is a specific solution to overcome problems with prior art systems as discussed by the patents. *See e.g.,* ’359 Patent at Col. 1:23 – Col. 2:48. The claims of the ’669 Patent recite a specific solution for, among other things, intelligently routing latency-sensitive internet data from a local area network through a private

network while routing non-latency-sensitive data through an alternative internet route, and dynamically modifying routes based on real-time performance analysis. *See e.g.*, '669 Patent, Claim 19. As discussed in the specification of the '669 Patent, the specific solution claimed overcomes problems with routing latency sensitive data that existed in prior networks. *See Id.* at Col. 1:21 – Col. 2:9. The Asserted Patents do not merely claim a result or the mere idea of network monitoring or traffic routing. Rather, they provide specific solutions to particular problems in the industry.

21. The Asserted Patents also claim specific tangible components that accomplish the claimed functionalities, including, among others, the arrangement of connections and servers to route and monitor traffic through both private and public server systems through the internet. *See e.g.*, '392 Patent, Claim 10; '359 Patent, Claim 1; '669 Patent, Claim 19. These innovations improve and expand the functionality and utility of existing networks to route and optimize internet traffic and monitor such internet paths and path quality.

22. The conventional approaches to network monitoring at the time of the inventions suffered from several significant limitations. Many games and VoIP programs incorporated built-in latency or ping meters that displayed the latency value of the network connection to the user; however, as the '392 and '359 Patents explain, "almost all ping meters incorporated into games and other applications only display the instantaneous value for the latency of the connection," meaning "the reading on the ping meter at any given time is not an accurate representation of the quality of the network connection being used for that activity." '392 Patent, col. 2:45–47; '359 Patent, col. 2:14–16. Moreover, these conventional ping meters "only keep track of one particular metric; latency," even though "the quality of the network connection can be influenced by metrics other than an instantaneous latency score such as the latency deviation, the number of hops

between sender and destination, and packet loss experience." '392 Patent, col. 2:55–60; '359 Patent, col. 2:25–30. The prior art systems also lacked the ability to compare the user's current network connection to a benchmark or alternative connection, making it difficult to diagnose whether the user's current connection was the source of the problem.

23. Similarly, the conventional approaches to internet traffic routing at the time of the '669 Patent suffered from the inability to recognize and properly route latency-sensitive data. As the '669 Patent explains, "the internet service providers are incapable of recognizing and properly routing latency sensitive data such that minimal latency would be experienced by the player." '669 Patent, col. 1:52–54. Internet data sent from latency-sensitive applications "may not be treated properly and may be sent through the shaped ports that regulate or restrict the rate of internet data flowing through them" or "through routers that are known chokepoints or experience a high rate of packet loss." *Id.* at col. 1:44–48. These routing problems were not limited to gaming; "there are other latency sensitive online activities, such as voice communication, that can suffer from the similar problems." *Id*. at col. 1:55–57. Additionally, bandwidth-sensitive activities like downloading files and streaming videos suffered from "significant losses in data transmission rates" when high-bandwidth data was "routed through a path which comprises routers and servers that are shaped or throttled." *Id*. at col. 2:1; col 1:66–67.

24. The inventions claimed in the Asserted Patents solve these problems. The '392 and '359 Patents solve the prior art monitoring problems by "tracking latency of a network connection over time as well as other performance metrics such as number of hops and packet loss" and by enabling "comparison between the network connection currently being utilized and a benchmark connection." '392 Patent, col. 2:66–3:1; '359 Patent, col. 2:36–41. Through this comparison, "a user is able to see how poor their network connection is when compared to a benchmark

connection," which "may help a user identify network connection problems and determine how to correct or bypass those problems, ultimately improving the experience of performing online activities such as gaming and VoIP over network connections." '392 Patent, col. 3:4–11; '359 Patent, col. 2:41–48. Specifically, the claimed inventions provide: (i) simultaneous monitoring of multiple network quality metrics—including current ping, average ping, ping deviation, number of hops, number of bad hops, flux, ping spikes, and packet loss—for a first network connection to a target server and a second network connection through a private server system to the same target; (ii) continual storage, retrieval, and visual display of those metrics, including graphical display of metrics over time during online activity; and (iii) continual comparison of the first and second network quality metrics to determine how much each metric has improved or degraded across the two connections.

25. The '669 Patent solves the prior art routing problems by "creating a system and method by which internet data will be identified and routed more efficiently, thus providing significant performance boosts to the user." '669 Patent, col. 2:6–9. Specifically, the claimed invention provides: (i) a gateway computer within the local area network that analyzes internet data to classify it as latency-sensitive or not latency-sensitive; (ii) routing of latency-sensitive data through a private network "which allows the minimal latency, hop, loss, and etc." (*id.* at col 4:12–14); (iii) dynamic, real-time modification of the private network route based on continuous performance monitoring and feedback; and (iv) determination of whether internet data is generated by a user input, as "the rule of thumb is that the data or action generated by a user is the latency sensitive data." *Id*. at col. 3:46–47. The result of this innovative arrangement, as the '669 Patent explains, is, among other things, that the invention "may make online game connections up to 70% faster, smoother and stronger." *Id*. at col. 4:45–46.

26. All of these improvements to the computer system and network infrastructure benefit diverse audiences, including enterprise customers managing distributed workforces and branch office networks, mobile users requiring reliable and optimized connectivity to cloud-based applications, online gamers and VoIP users experiencing latency and packet loss, and network administrators seeking real-time, actionable visibility into multi-path network performance. As the ’669 Patent further explains, the claimed invention represents “a true client (gamer) based solution for intelligently delivering or routing the traffic and data flow,” which “has flipped” the traditional top-down content delivery model “upside down to a bottom up style, wherein the users have a say about how his or her data should be transferred.” ‘669 Patent, col. 4:49–51; col 4:60–62.

**<u>Background</u>**

27. WTFast is a technology company headquartered in Kelowna, Canada. It was co-founded in 2009 by Rob Bartlett, who is a named inventor of the Asserted Patents.

28. WTFast’s mission is “To Connect Anyone, Anywhere – Faster!” WTFast has been delivering network optimization to PC gamers since its inception and now provides optimization to mobile, routers, and customer premises equipment technologies in the cloud.



29. With a focus on network lag, WTFast discovered that internet infrastructure treats all data the same for the purposes of routing and delivery. WTFast's experience with gaming networks and other content delivery networks uniquely placed it to understand routing issues within traditional network architecture. Based on that experience, WTFast devised a different approach to ensure optimal routing and reducing latency based on network topology, connection monitoring and optimization, and intelligent routing of latency sensitive data. WTFast's experience in these areas also led to advancements in multi-factor authentication, cloud infrastructure visualization, use of multiple data streams, and DDoS and hacking protection. WTFast was able to obtain 11 patents related to these technologies. These 11 patents are listed on WTFast's website. *See* https://www.wtfast.com/en/ (last accessed August 11, 2026).

30. Certain WTFast's technologies have been used by major companies like ASUS, TP-Link, Cox Communications and Singtel. Further, the WTFast team has experience running networks for Disney, Rackforce, and others.

**ACCUSED PRODUCTS**

31. PAN makes, has made, uses, offers to sell, sells, exports, and/or imports products and services including its Prisma Secure Access Service Edge ("SASE") platform (the "Prisma SASE platform"). The Prisma SASE platform converges Prisma Access, Prisma SD-WAN, and Autonomous Digital Experience Management ("ADEM") into a unified, cloud-delivered platform. Prisma Access provides cloud-delivered network security, Prisma SD-WAN provides application-aware networking and traffic routing, and ADEM provides autonomous digital experience monitoring. For example, the Prisma SASE platform, including Prisma Access, Prisma SD-WAN, and ADEM, can continuously monitor network connection quality across segments from the

endpoint or site device to the application, collecting metrics such as latency, jitter, packet loss, hop-by-hop path data, and others.

32. PAN's Prisma SASE is a unified, cloud-delivered platform that brings together network security, SD-WAN, and digital experience monitoring into a single service. Prisma SASE integrates security and networking functions, including secure web access, application security, firewall services, and SD-WAN. PAN has been recognized as a four-time Gartner Magic Quadrant Leader for SASE Platforms. *See e.g.*, https://www.paloaltonetworks.com/sase (last accessed September 5, 2026).

33. Prisma Access is PAN's cloud-based security platform that secures users, applications, and data regardless of where they are located. It routes traffic through PAN's global network of cloud access points for security inspection and policy enforcement. PAN advertises a 99.999% uptime guarantee for Prisma Access. *See e.g.*, https://www.paloaltonetworks.com/sase/access (last accessed September 5, 2026).

34. Prisma SD-WAN uses ION devices at branch office locations to intelligently route network traffic based on application needs and real-time network performance, including latency, jitter, and packet loss. It automates branch networking setup and operations. *See e.g.*, https://www.paloaltonetworks.com/sase/sd-wan (last accessed September 5, 2026); https://www.paloaltonetworks.com/sase/how-it-works (last accessed September 5, 2026).

35. ADEM is deployed as part of PAN's Prisma SASE, including Prisma Access and Prisma SD-WAN, product lines. For mobile users, ADEM is installed via the Prisma Access Agent (formerly GlobalProtect) with the ADEM Access Experience Agent option enabled on the user's workstation. For remote network sites, ADEM is deployed on Prisma SD-WAN devices, including ION devices and next-generation firewalls.

Autonomous Digital Experience Management (ADEM) is a service that provides native end-to-end visibility and performance metrics for real application traffic in your Secure Access Service Edge (SASE) environment. ADEM functionality is natively integrated into the GlobalProtect app, Prisma SD-WAN device, and Prisma Access and therefore does not require you to deploy any additional appliances or agents. Because of this native integration, the ADEM service enables synthetic tests for applications you specify, from the endpoint, from the Prisma SD-WAN device, and from deployed Prisma Access locations in your environment. ADEM continuously monitors all the segments from the endpoint to the application for GlobalProtect mobile users and monitors all segments on all WAN paths (active and backup) for Prisma SD-WAN remote sites and identifies baseline metrics for each monitored application. In addition, ADEM provides visibility into any deviations or events that degrade the user experience across each segment between the end user and the application, whether it's the endpoint, Wi-Fi, LAN, ISP, Prisma Access, or the application (SaaS, IaaS, or data center). ADEM continuously monitors every segment in the service delivery path and provides insights that help you quickly isolate the segment, which is causing digital experience problems, and simplify remediation.

*See e.g.*, https://docs.paloaltonetworks.com/autonomous-dem/administration/autonomous-dem (lasted accessed August 20, 2026).

- **Service Infrastructure**—Prisma Access uses an internal service infrastructure to secure your organization's network. You supply a subnet for the infrastructure, and Prisma Access uses the IP addresses within this subnet to establish a network infrastructure between your remote network locations and mobile users, and service connections to your internal network resources (if applicable). Internal communication within the cloud is established using dynamic routing.

*See e.g.*, https://docs.paloaltonetworks.com/prisma-access/administration/prisma-access-overview (lasted accessed August 20, 2026).

36. ADEM runs synthetic tests from endpoints and site devices to target application servers at regular intervals, including ICMP ping tests every 30 seconds to any specified IP address or domain. *See e.g.*, https://docs.paloaltonetworks.com/autonomous-dem/administration/get-started-with-adem/adem-monitoring-and-tests/frequency-of-test-runs (lasted accessed August 20, 2026). These tests collect average delay, jitter, and loss for each discovered hop in the network path.




*See e.g.*, https://pan.dev/access/docs/adem/examples/application-performance/network-performance-metrics-for-an-application/ (lasted accessed August 20, 2026).

37. Upon information and belief, the Prisma SASE platform, including Prisma Access, Prisma SD-WAN, and ADEM, monitors network quality metrics simultaneously across multiple network paths, including: (i) a direct internet path from the endpoint or site device to the target application server; and (ii) an additional path through PAN's Prisma Access private server system. PAN's Prisma Access steers traffic through its cloud points of presence, where security inspection and policy enforcement take place, and PAN's SD-WAN architecture can route branch traffic through a private backbone with points of presence for lower latency. *See e.g.*, https://docs.paloaltonetworks.com/autonomous-dem/administration/types-of-application-experience-monitoring/adem-monitoring-and-tests-for-remote-networkshttps://docs.paloaltonetworks.com/autonomous-dem/administration/types-of-application-experience-monitoring/adem-monitoring-and-tests-for-remote-networkshttps://docs.paloaltonetworks.com/prisma-access/administration/prisma-access-overview (last accessed September 5, 2026); https://www.paloaltonetworks.com/cyberpedia/sd-

wan-architecture (last accessed September 5, 2026); https://www.youtube.com/watch?v=aZCG_s7r_fI (last accessed September 6, 2026).




*See e.g.*, https://docs.paloaltonetworks.com/fedramp/autonomous-dem/first-look-at-adem-in-pa/remote-sites-dashboard/remote-sites-dashboard-remote-site-details-page/types-of-monitored-paths (last accessed August 20, 2026).

38. PAN's Prisma Access constitutes a private server system. Organizations supply a subnet for the infrastructure, and Prisma Access uses the IP addresses within that subnet to establish a network infrastructure between remote network locations, mobile users, and internal network resources. *See e.g.*, https://docs.paloaltonetworks.com/prisma-access/administration/prisma-access-overview(last accessed September 6, 2026). Upon information and belief, for mobile users, ADEM is installed via the Prisma Access Agent (formerly GlobalProtect) and runs synthetic tests regardless of the user's VPN connection status, meaning ADEM collects metrics over the direct internet path when the VPN is off and over the Prisma

Access path when the VPN is on. For remote network sites, ADEM is deployed on Prisma SD-WAN ION devices and monitors all WAN paths, including active and backup paths, for the same application targets. *See e.g.*, https://docs.paloaltonetworks.com/autonomous-dem/administration/get-started-with-adem/adem-monitoring-and-tests/frequency-of-test-runs (last accessed September 5, 2026); https://docs.paloaltonetworks.com/fedramp/autonomous-dem/first-look-at-adem-in-pa/remote-sites-dashboard/remote-sites-dashboard-remote-site-details-page/types-of-monitored-paths (last accessed September 5, 2026). Upon information and belief, ADEM tests the same target servers over the applicable direct, Prisma Access, and other monitored paths, enabling comparison of network quality across those connections.

39. For remote network sites, ADEM also monitors a Secure Fabric path in addition to the Direct Access and Prisma Access paths. *See e.g.*, https://docs.paloaltonetworks.com/fedramp/autonomous-dem/first-look-at-adem-in-pa/remote-sites-dashboard/remote-sites-dashboard-remote-site-details-page/types-of-monitored-paths. An ADEM-enabled SD-WAN site can simultaneously monitor all WAN paths, both active and backup, for the same application target, and PAN's dashboard provides an application experience score on a per-path basis, whether that path is active or backup.

40. ADEM stores the collected network quality metrics in PAN's Strata Cloud Manager platform (formerly the DEM portal), where the metrics are retained and retrievable via dashboards and public APIs. *See e.g.*, https://pan.dev/access/docs/adem/examples/application-performance/network-performance-metrics-for-an-application/; https://docs.paloaltonetworks.com/content/dam/techdocs/en_US/pdf/prisma/prisma-access/prisma-access-insights/prisma-access-insights.pdf. The default time range for viewing stored metrics is 3 hours, and for time ranges longer than 7 days, PAN offers a Network DVR

license for persistent, long-term retention of network quality metrics. PAN's ADEM APIs allow users to retrieve selected information from the Strata Cloud Manager platform, including network performance metrics for monitored applications. For Prisma SD-WAN ION devices, stored metrics are also retrievable via a CLI command that displays RTT latency, latency, packet loss, jitter, and MOS score. *See e.g.*, https://docs.paloaltonetworks.com/prisma-sd-wan/ion-cli-reference/use-cli-commands/inspect-commands/inspect-lqm-stats.

41. ADEM displays the monitored network quality metrics on visual dashboards within the Strata Cloud Manager portal, including per-path application experience scores, network topology and path visualization, and trend charts showing latency, jitter, and loss over selectable time ranges. *See e.g.*, https://www.paloaltonetworks.com/blog/sase/can-your-sase-do-user-experience-monitoring/. ADEM uses both static thresholds and dynamic thresholds to baseline metrics for mobile users across LAN, Internet, and Prisma Access segments and for remote network sites across their WAN paths, including Direct Access, Prisma Access, and Secure Fabric paths, enabling continual comparison of network quality metrics across those connections. *See e.g.*, https://origin-docs.paloaltonetworks.com/autonomous-dem/administration/viewing-adem-data/monitor-user-details (last accessed September 5, 2026). Upon information and belief, this comparison allows determination of how metrics have improved or degraded across those connections for both mobile users and remote network sites.


You also see a card for each type of path for that application. ADEM monitors three types of paths:

- **Prisma Access Path**

  **Prisma Access** Path: You can see the source circuit name extracted from the remote site, the path type (standard VPN) and the destination IPSec termination node name on Prisma Access.



- **Direct Access Path**

  The Direct Access Path shows which remote site (Miami) and circuit name (att_internet_mia123), has direct access to the applications. The circuit name is derived from the name configured for the circuit on the Prisma SD-WAN controller.



- **Secure Fabric Path**

  The Secure Fabric path forms a tunnel to the Prisma SD-WAN in the data center. In addition to the path type, this widget shows you the remote site name and the data center where the tunnel is terminating. It also displays the source circuit name extracted from the remote site connected and the destination circuit name in the data center.



42. *See e.g.*, https://docs.paloaltonetworks.com/autonomous-dem/administration/viewing-adem-data/monitor-branch-sites-oneapp (last accessed August 20, 2026).

43. The Prisma SASE platform, including Prisma Access, Prisma SD-WAN, and ADEM, provides network monitoring and application-aware, performance-based traffic routing from branch local area networks to internet-based servers. PAN offers Prisma SASE as a unified platform combining Prisma Access and Prisma SD-WAN with ADEM. *See e.g.*, https://www.paloaltonetworks.com/sase/how-it-works.

44. In an exemplary Prisma SASE deployment, PAN's ION devices or next-generation firewalls serve as branch gateway computers within the local area network. *See e.g.*, https://docs.paloaltonetworks.com/prisma-sd-wan/administration/prisma-sd-wan-branch-and-data-center-routing/prisma-sd-wan-branch-routing. On the LAN side, the ION device can be the default gateway for branch subnets. The branch gateway has at least one connection to the internet.

45. The branch gateway analyzes internet data to determine whether the data is latency sensitive or not latency sensitive. For example, PAN's App-ID technology determines the exact identity of applications, and granular application and service controls allow prioritization of applications based on whether the application is mission-critical, latency-sensitive, or meets certain health criteria. *See e.g.*, https://www.paloaltonetworks.in/technologies/app-id.

46. PAN's branch gateway supports onboarding branch sites to Prisma Access, establishing connectivity between remote network sites and PAN's Prisma Access private network. *See* https://docs.paloaltonetworks.com/prisma-sd-wan/administration/prisma-sd-wan-native-integrations/onboard-branch-sites-to-prisma-access. PAN's SD-WAN allows creation of Path Quality profiles for each set of business-critical and latency-sensitive applications, specifying the maximum threshold for each parameter, above which the firewall considers the path deteriorated enough to select a better path. *See* https://docs.paloaltonetworks.com/sd-wan/administration/enable-sd-wan-without-auto-vpn/manage-sd-wan-link-failovers/define-your-custom-sd-wan-application-thresholds. PAN's Performance Policy utilizes link quality metrics such as latency, loss, and jitter as well as application performance metrics like SLA metrics; if the SLA metrics are violated, the system takes action including moving flows to a compliant path. See https://docs.paloaltonetworks.com/prisma-sd-wan/administration/performance-policy-with-forward-error-correction-fec. Upon information and belief, these capabilities enable the branch gateway to route data that is latency sensitive from the local area network through a first internet connection to PAN's Prisma Access private network, which egresses the traffic to the internet-based server, and to transmit data that is not latency sensitive through at least another internet route outside the local area network to the internet-based server.




*See e.g.*, https://docs.paloaltonetworks.com/sd-wan/getting-started/about-sd-wan.

47. As another example, PAN's Prisma SD-WAN monitors link and application performance, including latency, jitter, and packet loss, for each internet route to the server. *See e.g.*, https://origin-docs.paloaltonetworks.com/sd-wan/getting-started/about-sd-wan. Path Quality profiles specify the maximum threshold for each parameter, above which the firewall considers the path deteriorated enough to select a better path. When any one of the latency, jitter, or packet loss thresholds is exceeded, the firewall dynamically selects the new best path, rerouting the internet data outside the local area network to the internet-based server based on performance. *See e.g.*, https://docs.paloaltonetworks.com/sd-wan/administration/enable-sd-wan-without-auto-vpn/manage-sd-wan-link-failovers/define-your-custom-sd-wan-application-thresholds.

48. For mobile users, ADEM's Browser-Based Real User Monitoring ("RUM") determines whether internet data is generated by a user input. *See e.g.*, https://docs.paloaltonetworks.com/autonomous-dem/administration/types-of-application-experience-monitoring/adem-monitoring-and-tests-for-mobile-users (last accessed September 5, 2026). For remote network sites, ADEM provides application-experience monitoring from Prisma

SD-WAN ION devices across all WAN paths, including active and backup paths, and reports per-path application-experience scores. *See e.g.*, https://docs.paloaltonetworks.com/fedramp/autonomous-dem/first-look-at-adem-in-pa/remote-sites-dashboard/remote-sites-dashboard-remote-site-details-page/types-of-monitored-paths (last accessed September 5, 2026). ADEM's RUM collects data from a mobile user's live browser activity and captures user-input metrics including First Input Delay ("FID"), which monitors the duration between a visitor's initial interaction with a web page and the moment the browser recognizes and begins processing the interaction, and Interaction to Next Paint ("INP"). *See e.g.*, https://docs.paloaltonetworks.com/autonomous-dem/administration/viewing-adem-data/application-experience (last accessed September 5, 2026). Upon information and belief, these user-input metrics enable the Prisma SASE platform, including Prisma Access, Prisma SD-WAN, and ADEM, to determine whether internet data is generated by a user input for mobile users, while ADEM's site-level path monitoring supplies corresponding application and network performance data for remote network sites.

49. The Accused Instrumentalities comprise the Prisma SASE platform, which includes at least Prisma Access, Prisma SD-WAN and ADEM, among other software functionalities.

50. Access to the Accused Products is controlled by PAN through, among other things, subscription licensing, authentication credentials, and the Strata Cloud Manager platform. PAN benefits from making, selling, using and controlling the Accused Products.

51. Through operation of the Accused Products, PAN obtains commercial, operational, and/or financial benefits, including allowing its customers to send and receive information quickly and securely, decreased lag time, and additional sales of subscriptions, software licenses, and related products and services.

52. PAN puts the Accused Products into service by making them available, initiating their operation, controlling their functionality, and causing the claimed components to interact to perform their intended purpose.

53. The Accused Products infringe one or more claims of the ’359, ’392, and ’669 Patents.

**COUNT I – INFRINGEMENT OF U.S. PATENT NO. RE49,392**

54. The allegations set forth in the foregoing paragraphs 1-53 are hereby realleged and incorporated herein by reference.

55. In violation of 35 U.S.C. § 271(a), PAN has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, one or more claims of the ’392 Patent, such as claim 10, by making, having made, using, offering for sale, selling, exporting, and/or importing the Accused Products and/or using (including for testing purposes) the Accused Products in the United States, including within this District.

56. Further, PAN has actively induced the infringement of the ’392 Patent by subscribers and/or purchasers or users of the Accused Instrumentalities by, among other actions, intending and/or instructing such subscribers and/or customers to use the Accused Instrumentalities in a manner that infringes in violation of 35 U.S.C. § 271(b).

57. Upon information and belief, PAN actively encourages and instructs its customers to deploy and use the Accused Products in an infringing manner. For example, Westfield, a leading mall operator in the United States operating 19 malls, deployed PAN’s Prisma SASE—including Prisma Access and Prisma SD-WAN—across its operations to provide secure connectivity for employees, retail partners, and 400 million customers. PAN publicly promotes Westfield’s use of Prisma SASE, including ADEM, as a customer success story on its website. *See e.g.*,

https://www.paloaltonetworks.com/customers/westfield-responds-rapidly-to-a-changing-market-with-prisma-sase (last accessed September 5, 2026). Westfield's Senior Vice President and CIO stated: "The Autonomous Digital Experience console gave us visibility our Service Desk never had. This improved our ability to resolve issues and support our people much faster." *Id.* Similarly, Zespri International deployed Prisma SASE, including Prisma Access, Prisma SD-WAN, and ADEM, to simplify security and protect its global workforce. *See e.g.*, https://www.paloaltonetworks.com/customers/prisma-sase-simplifies-and-enhances-security-for-zespri (last accessed September 5, 2026). PAN highlights additional customer deployments, including Colgate-Palmolive, Autodesk, Grupo Bimbo, and Cordis, on its website. *See e.g.*, https://www.paloaltonetworks.com/sase/customer-stories (last accessed September 5, 2026). PAN provides extensive documentation, training, and technical support instructing its customers on how to deploy and use the Accused Products. *See e.g.*, https://docs.paloaltonetworks.com/prisma-access/administration/prisma-access-overview (last accessed September 5, 2026).

58. Further, PAN has contributorily infringed the '392 Patent by offering to sell and selling within the United States components of the patented system, and material or apparatus for use in practicing the patented process, that constitute a material part of the invention and are not staple articles of commerce suitable for substantial noninfringing use, in violation of 35 U.S.C. § 271(c). Specifically, PAN sells its ADEM Access Experience Agent software, Prisma Access subscriptions, and Prisma SD-WAN ION devices, which are especially made and adapted for use in practicing the patented system and method of monitoring network connection quality. Upon information and belief, PAN's ADEM agent runs on user computers and executes synthetic tests that monitor network quality metrics—including latency, jitter, packet loss, and hop-by-hop path data—across both a direct internet connection and a connection through PAN's Prisma Access

private server system to the same target servers. PAN's Prisma Access subscriptions establish the private server system through which the second network connection is monitored. PAN's ION SD-WAN devices deploy ADEM at remote network sites to monitor network quality across all WAN paths. These components are specifically designed to operate within PAN's Prisma SASE architecture to perform the claimed monitoring and are not general-purpose articles of commerce with substantial noninfringing uses. PAN knows, or is willfully blind to the fact, that its ADEM agent, Prisma Access subscriptions, and ION SD-WAN devices are especially made and adapted to infringe the '392 Patent.

59. As a result of PAN's infringing conduct, WTFast has suffered damages. PAN is liable to WTFast in an amount that adequately compensates him for PAN's infringement in an amount that is no less than a reasonable royalty, together with interest and costs as fixed by this Court under 25 U.S.C. § 284.

60. PAN has had knowledge of the '392 Patent since at least the filing date of this Complaint.

61. Despite this knowledge, PAN continues to infringe the '392 Patent and such infringement has been willful.

62. Because of PAN's infringing activities, WTFast has suffered damages and will continue to suffer damages in the future.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 9,571,359**

63. The allegations set forth in the foregoing paragraphs 1-53 are hereby realleged and incorporated herein by reference.

64. In violation of 35 U.S.C. § 271(a), PAN has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, one or more claims of the

’359 Patent, such as claim 1, by performing each and every step of the claimed process in the United States, including within this District, through use of the Accused Products.

65. Upon information and belief, PAN performs the claimed methods through its own use and testing of the Accused Products, including through product demonstrations, training sessions, and online tutorials. PAN makes product demonstration videos publicly available, including videos explaining “What is Prisma SASE?” and demonstrating the Prisma SASE platform’s ADEM digital experience monitoring capabilities. *See e.g.*, https://www.paloaltonetworks.com/resources/videos/what-is-prisma-sase (last accessed September 5, 2026); https://www.paloaltonetworks.com/sase/adem (last accessed September 5, 2026). PAN also offers instructor-led training courses on Prisma Access configuration and deployment, during which PAN performs the claimed methods in lab environments. *See e.g.*, https://www.paloaltonetworks.com/services/education/ilt-prisma-access-sse-configuration-and-deployment (last accessed September 5, 2026).

66. Further, PAN has actively induced the infringement of the ’359 Patent by subscribers and/or purchasers or users of the Accused Instrumentalities by, among other actions, intending and/or instructing such subscribers and/or customers to use the Accused Instrumentalities in a manner that infringes in violation of 35 U.S.C. § 271(b).

67. Upon information and belief, PAN actively encourages and instructs its customers to deploy and use the Accused Products in an infringing manner. For example, Westfield, a leading mall operator in the United States operating 19 malls, deployed PAN’s Prisma SASE—including Prisma Access and Prisma SD-WAN—across its operations to provide secure connectivity for employees, retail partners, and 400 million customers. PAN publicly promotes Westfield’s use of Prisma SASE, including ADEM, as a customer success story on its website. *See e.g.*,

https://www.paloaltonetworks.com/customers/westfield-responds-rapidly-to-a-changing-market-with-prisma-sase (last accessed September 5, 2026). Westfield's Senior Vice President and CIO stated: "The Autonomous Digital Experience console gave us visibility our Service Desk never had. This improved our ability to resolve issues and support our people much faster." *Id.* Similarly, Zespri International deployed Prisma SASE, including Prisma Access, Prisma SD-WAN, and ADEM, to simplify security and protect its global workforce. *See e.g.*, https://www.paloaltonetworks.com/customers/prisma-sase-simplifies-and-enhances-security-for-zespri (last accessed September 5, 2026). PAN highlights additional customer deployments, including Colgate-Palmolive, Autodesk, Grupo Bimbo, and Cordis, on its website. *See e.g.*, https://www.paloaltonetworks.com/sase/customer-stories (last accessed September 5, 2026). PAN provides extensive documentation, training, and technical support instructing its customers on how to deploy and use the Accused Products. *See e.g.*, https://docs.paloaltonetworks.com/prisma-access/administration/prisma-access-overview (last accessed September 5, 2026).

68. Further, PAN has contributorily infringed the '359 Patent by offering to sell and selling within the United States a material or apparatus for use in practicing the patented process that constitutes a material part of the invention and is not a staple article of commerce suitable for substantial noninfringing use, in violation of 35 U.S.C. § 271(c). Specifically, PAN sells its ADEM Access Experience Agent software, Prisma Access subscriptions, and Prisma SD-WAN ION devices, which are especially made and adapted for use in practicing the patented method of monitoring network connection quality. PAN's ADEM agent runs on user endpoints and executes synthetic tests that continually monitor network quality metrics—including latency, jitter, packet loss, and hop-by-hop path data—across both direct internet and Prisma Access network connections to the same target servers. PAN's Prisma Access subscriptions establish the private

server system through which the second network connection is monitored. PAN's ION SD-WAN devices deploy ADEM at remote sites to monitor all WAN paths. These components are specifically designed to operate within PAN's Prisma SASE architecture to perform the claimed monitoring method and are not general-purpose articles of commerce with substantial noninfringing uses. PAN knows, or is willfully blind to the fact, that its ADEM agent, Prisma Access subscriptions, and ION SD-WAN devices are especially made and adapted to infringe the '359 Patent.

69. As a result of PAN's infringing conduct, WTFast has suffered damages. PAN is liable to WTFast in an amount that adequately compensates him for PAN's infringement in an amount that is no less than a reasonable royalty, together with interest and costs as fixed by this Court under 25 U.S.C. § 284.

70. PAN has had knowledge of the '359 Patent since at least the filing date of this Complaint.

71. Despite this knowledge, PAN continues to infringe the '359 Patent and such infringement has been willful.

72. Because of PAN's infringing activities, WTFast has suffered damages and will continue to suffer damages in the future.

**COUNT III – INFRINGEMENT OF U.S. PATENT NO. 11,050,669**

73. The allegations set forth in the foregoing paragraphs 1-53 are hereby realleged and incorporated herein by reference.

74. In violation of 35 U.S.C. § 271(a), PAN has directly infringed and continues to directly infringe, both literally and/or under the doctrine of equivalents, one or more claims of the '669 Patent, such as claim 19, by making, having made, using, offering for sale, selling, exporting,

and/or importing the Accused Products and/or using (including for testing purposes) the Accused Products in the United States, including within this District.

75. Further, PAN has actively induced the infringement of the '669 Patent by subscribers and/or purchasers or users of the Accused Instrumentalities by, among other actions, intending and/or instructing such subscribers and/or customers to use the Accused Instrumentalities in a manner that infringes in violation of 35 U.S.C. § 271(b).

76. Upon information and belief, PAN actively encourages and instructs its customers to deploy and use the Accused Products in an infringing manner. For example, Westfield, a leading mall operator in the United States operating 19 malls, deployed PAN's Prisma SASE—including Prisma Access and Prisma SD-WAN—across its operations to provide secure connectivity for employees, retail partners, and 400 million customers. PAN publicly promotes Westfield's use of Prisma SASE, including ADEM, as a customer success story on its website. *See e.g.*, https://www.paloaltonetworks.com/customers/westfield-responds-rapidly-to-a-changing-market-with-prisma-sase (last accessed September 5, 2026). Westfield's Senior Vice President and CIO stated: "The Autonomous Digital Experience console gave us visibility our Service Desk never had. This improved our ability to resolve issues and support our people much faster." *Id.* Similarly, Zespri International deployed Prisma SASE, including Prisma Access, Prisma SD-WAN, and ADEM, to simplify security and protect its global workforce. *See e.g.*, https://www.paloaltonetworks.com/customers/prisma-sase-simplifies-and-enhances-security-for-zespri (last accessed September 5, 2026). PAN highlights additional customer deployments, including Colgate-Palmolive, Autodesk, Grupo Bimbo, and Cordis, on its website. *See e.g.*, https://www.paloaltonetworks.com/sase/customer-stories (last accessed September 5, 2026). PAN provides extensive documentation, training, and technical support instructing its customers on how

to deploy and use the Accused Products. *See e.g.*, https://docs.paloaltonetworks.com/prisma-access/administration/prisma-access-overview (last accessed September 5, 2026).

77. Further, PAN has contributorily infringed the '669 Patent by offering to sell and selling within the United States components of the patented system that constitute a material part of the invention and are not staple articles of commerce suitable for substantial noninfringing use, in violation of 35 U.S.C. § 271(c). Specifically, PAN sells its ION SD-WAN devices and Prisma Access subscriptions, which are especially made and adapted for use in practicing the patented invention. PAN's ION SD-WAN devices function as gateway computers within the local area network that analyze internet data to determine whether the data is latency sensitive, route latency-sensitive data through PAN's Prisma Access private network, and dynamically modify routes based on real-time performance analysis—all key elements of the '669 Patent claims. These devices and subscriptions are specifically designed to operate within PAN's Prisma SASE architecture and are not general-purpose articles of commerce with substantial noninfringing uses. PAN knows, or is willfully blind to the fact, that its ION SD-WAN devices and Prisma Access subscriptions are especially made and adapted to infringe the '669 Patent.

78. As a result of PAN's infringing conduct, WTFast has suffered damages. PAN is liable to WTFast in an amount that adequately compensates him for PAN's infringement in an amount that is no less than a reasonable royalty, together with interest and costs as fixed by this Court under 25 U.S.C. § 284.

79. PAN has had knowledge of the '669 Patent since at least the filing date of this Complaint.

80. Despite this knowledge, PAN continues to infringe the '669 Patent and such infringement has been willful.

81. Because of PAN's infringing activities, WTFast has suffered damages and will continue to suffer damages in the future.

## JURY DEMAND

82. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, WTFast demands a trial by jury on all issues triable as such.

## REQUEST FOR RELIEF

83. WTFast respectfully requests that this Court enter judgment for WTFast and against PAN as follows:

A. An adjudication that PAN has infringed one or more claims of the '392, '359 and '669 Patents;

B. A finding that PAN's infringement has been willful;

C. An award of damages to be paid by PAN adequate to compensate WTFast for PAN's infringement of the Asserted Patents, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

D. An enhancement of damages due to PAN's willful infringement under 35 U.S.C. § 284;

E. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of WTFast's reasonable attorneys' fees; and

F. An award to WTFast of such further relief at law or in equity as the Court deems just and proper.

Dated: September 8, 2026

Respectfully submitted,

/s/ *Vishal H. Patel*
Vishal H. Patel
Texas Bar No. 24065885
vpatel@coleschotz.com
Lead Counsel
James C. Williams
Texas Bar No. 24075284
jwilliams@coleschotz.com
Arjun P. Nair
Texas Bar No. 24120122
anair@coleschotz.com

**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

Jeffrey M. Saltman
D.C. Bar No. 979812
jsaltman@coleschotz.com
**COLE SCHOTZ P.C.**
1875 K Street, NW
Suite 475
Washington, DC 20009
Tel: (202) 221-7500
Fax: (202) 478-0945

**ATTORNEYS FOR PLAINTIFF AAA INTERNET PUBLISHING D/B/A WTFAST**