**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| AAA INTERNET PUBLISHING INC., D/B/A WTFAST<br><br>Plaintiff,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.<br><br>Defendant. | Case No. 2:26-cv-00795<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for AAA Internet Publishing Inc., d/b/a WTFast ("WTFast" or "Plaintiff") certifies as follows:

WTFast does not have a parent corporation. Cox Communications, Inc., which on information and belief is now a subsidiary of Charter Communications, Inc., owns 10% or more of WTFast's stock.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Vishal H. Patel*
Vishal H. Patel
Texas Bar No. 24065885
vpatel@coleschotz.com
Lead Counsel
James C. Williams
Texas Bar No. 24075284
jwilliams@coleschotz.com
Arjun Nair
Texas Bar No. 24120122
anair@coleschotz.com
**COLE SCHOTZ P.C.**
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

Jeffrey M. Saltman
D.C. Bar No. 979812
jsaltman@coleschotz.com
**COLE SCHOTZ P.C.**
1875 K Street, NW
Suite 475
Washington, DC 20036
Tel: (202) 221-7500
Fax: (202) 478-0945

**ATTORNEYS FOR PLAINTIFF AAA INTERNET PUBLISHING INC. D/B/A WTFAST**