EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AAA INTERNET PUBLISHING INC., D/
Plaintiff

v. Civ. No. 2:26-cv-00795-JRG

PALO ALTO NETWORKS, INC.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: PALO ALTO NETWORKS, INC.

Date Party's answer was previously due: 09/30/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 10/30/2026

Date: 09/23/2026

/s/ Melissa R. Smith

Full Name: Melissa R. Smith
State Bar No.: 24001351
Address: GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670

Phone: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**Please note:**

- A Certificate of Conference is not required.
- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).
- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).
- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)